UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAFECO INSURANCE CO.
OF ILLINOIS,

    Plaintiff,

v.

ERNEST WILKERSON, *et al.*,

    Defendants.
_____/

Case No. 24-cv-11360
Hon. Matthew F. Leitman

### ORDER STRIKING PLAINTIFF'S NOTICE OF CONSENT AND REFERENCE OF CIVIL ACTION TO MAGISTRATE JUDGE (ECF No. 4)

On May 22, 2024, Plaintiff Safeco Insurance Company of Illinois filed this action against Defendants Ernest Wilkerson and Joyce Wilkerson. (*See* Compl., ECF No. 1.) On My 28, 2024, Safeco filed a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form with the Court. (*See* Notice, ECF No. 4.)  But the Court cannot make that referral unless all parties consent, and none of the Defendants have appeared in this action.  Indeed, as of the date of this order, it does not appear that Safeco has even served Defendants with the Complaint.  Thus, the Court will **STRIKE** Safeco's Notice as premature.  Safeco may re-file the Notice after Defendants appear in this case and if and only if it obtains Defendants' consent.

**IT IS SO ORDERED.**

Dated: May 29, 2024

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 29, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126